THE PEOPLE ex rel. SAMUEL T. RUSSELL, as Supervisor, etc., Appellant, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF HERKIMER, Respondent.

(Submitted October 17, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 15, 1887, which affirmed a judgment in favor of defendant, dismissing an alternative writ of mandamus, entered upon a decision of the court on trial at Special Term.

The following is the *mem.* of opinion :

" The question presented in this case has been determined adversely to the defendant in *People ex rel. Town of Blenheim* v. *Board of Supervisors of Schoharie County* (121 N. Y. 345). And upon the authority of that case, the judgments of the General and Special Terms should be reversed and a new trial granted, costs to abide the event."

*James B. Rafter* for appellant.

*Edward A. Brown* for respondent.

*Per Curiam* opinion for reversal.
All concur.
Judgment reversed.